# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Medley LLC, [1]<br><br>        Debtor. | Chapter 11<br><br>Case No. 21-10526 (    ) |

## NOTICE OF FILING OF CREDITOR MATRIX

PLEASE TAKE NOTICE that the above-captioned debtors and debtors in possession have today filed the attached Creditor Matrix with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801.

*[Signature Page to Follow]*

---

[1] The last four digits of the Debtor's taxpayer identification number are 7343. The Debtor's principal executive office is located at 280 Park Avenue, 6th Floor East, New York, New York 10017.

12736030/1

Dated: March 7, 2021

**MORRIS JAMES LLP**

<u>/s/ Brya M. Keilson</u>
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
E-mail: bkeilson@morrisjames.com

-and-

Robert M. Hirsh, Esq. *(pro hac vice forthcoming)*
Eric Chafetz, Esq. *(pro hac vice forthcoming)*
Phillip Khezri, Esq. *(pro hac vice forthcoming)*
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
New York, NY 10020
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
E-mail: rhirsh@lowenstein.com
E-mail: echafetz@lowenstein.com
E-mail: pkhezri@lowenstein.com

*Proposed Counsel to the Debtor
and Debtor-in-Possession*

12736030/1

Creditor Matrix

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Alliance Advisors LLC | Michele Cianci, Vice President | 200 Broadacres Drive, 3rd Floor | | | Bloomfield | NJ | 07003 | |
| American Express | | P.O. Box 650448 | | | Dallas | TX | 75265-0448 | |
| American Express | | World Financial Center | 200 Vessey Street | | New York | NY | 10285 | |
| Andersen Tax LLC | Luke Coombs, Managing Director | 1861 International Drive | Suite 501 | | McLean | VA | 22102 | |
| B. Riley Securities | Adan M. Rosen, Managing Director | Attn: Elizabeth Rubio | 1300 North 17th Street | | Arlington | VA | 22209 | |
| Broadway 280 Park Fee LLC c/o SL Green Realty Corp | Attn: Executive Vice President | 420 Lexington Avenue | | | New York | NY | 10170 | |
| Broadway 280 Park Fee LLC c/o Vornado Office Management LLC | Attn: President New York Office Division | 888 Seventh Avenue | | | New York | NY | 10017 | |
| Brook Taube | Brook Taube | 435 East 52nd Street, Apt A | | | New York | NY | 10022 | |
| CA Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | | Sacramento | CA | 95812-2952 | |
| California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 | |
| California Department of Tax and Fee Administration | Account Information Group MIC 29 | PO Box 942879 | | | Sacramento | CA | 94279-0029 | |
| California Department of Tax and Fee Administration | Special Operations Bankruptcy Team MIC 74 | PO Box 942879 | | | Sacramento | CA | 94279-0074 | |
| California State Board of Equalization | Attn Bankruptcy Dept | 3321 Power Inn Rd Ste 250 | | | Sacramento | CA | 95826-3893 | |
| California State Board of Equalization | Legal Department | 450 N Street, MIC 121 | PO Box 942879 | | Sacramento | CA | 94279-0121 | |
| Christopher Taube | Christopher Taube | 901 Lexington Avenue, Apt 4N | | | New York | NY | 10065 | |
| City National Bank | Raquel Monarrez, Commercial Client Officer -VP | 555 S. Flower Street | 20th Fdloor | | Los Angeles | CA | 90071 | |
| Continental Casualty Company | CNA Alt Investments | 151 North Franklin Street, 10th Floor | | | Chicago | IL | 60606 | |
| Corporation Services Company (CSC) | | 251 Little Falls Drive | | | Wilmington | DE | 19808-1674 | |
| Crystal & Company | Andrea Kiefer | PO Box 21874 | | | New York | NY | 10087-1874 | |
| Delaware Attorney General | Matthew Denn | Carvel State Office Building | 820 N French St | | Wilmington | DE | 19801 | |
| Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | | | Wilmington | DE | 19801 | |
| Delaware Division of Revenue Bankruptcy Service | Attn Bankruptcy Administrator | Carvel State Office Building | 820 N. French Street, 8th Fl | | Wilmington | DE | 19801 | |
| Delaware Secretary of State | Franchise Tax | 401 Federal Street | PO Box 898 | | Dover | DE | 19903 | |
| Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | |
| Enavate Managed Service Inc | | 7887 E Belleview Avenue, | Suite 600 | | Englewood | CO | 80111 | |
| Eversheds Sutherland (US) LLP | Payam Siadatpour | 700 Sixth Street, NW, Suite 700 | | | Washington | DC | 20001-3980 | |
| Fire and Police Pension Fund, San Antonio | SA Fire and Police Pension | 311 Roosevelt Avenue | | | San Antonio | TX | 78210 | |
| Florida International University Foundation Inc | Milagros Garcia | 11200 SW 8 Street MARC 531 | | | Miami | FL | 33199 | |
| Franchise Tax Board | | P.O. Box 942867 | | | Sacramento | CA | 94267-0651 | |
| Freedom 2021 LLC | | 32 Rose Lane | | | Larkspur | CA | 94939 | |
| Gibson Dunn & Crutcher LLP | | 1050 Connecticut Avenue, N.W. | | | Washington | DC | 20036-5306 | |

Creditor Matrix

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Hendrix College - Pooled Endowment Fund | Tom Siebenmorgen | 1600 Washington Avenue Fauset Hall | | | Conway | AR | 72032 | |
| Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 | |
| Internal Revenue Service | | Internal Revenue Service | | | Ogden | UT | 84201-0039 | |
| Japan Trustee Services Bank, Ltd a/c 46419-6008 | Japan Trustee Services Bank, Ltd | 8-11, Harumi 1-chome, Chuo-ku | | | Tokyo | | 104-6107 | Japan |
| Jeffrey Tonkel | Jeffrey Tonkel | 41 Purdy Ave | PO Box 57 | | Rye | NY | 10580 | |
| John D. Fredericks | John D. Fredericks | 216 2nd Street | | | Sausalito | CA | 94965 | |
| Kenneth Rainin Foundation | Jose Flores | One Kaiser Plaza Suite 1675 | | | Oakland | CA | 94612 | |
| Lowenstein Sandler LLP | David L. Goret, Partner | One Lowenstein Drive | | | Roseland | NJ | 07068 | |
| Mediant Communications Inc. | | P.O. Box 29976 | | | New York | NY | 10087-9976 | |
| Medley Management Inc. | Nathan Bryce, General Counsel | 280 Park Ave, 6th Floor | | | New York | NY | 10017 | |
| Milton Academy | Edward Donahue | 50 Rowes Wharf 4th Floor | | | Boston | MA | 02110 | |
| Moody's Investors Service | | 7 WTC at Greewich Street | | | New York | NY | 10007 | |
| New Agency Partners | Lisa DeMarco | 20 Waterview Blvd | Suite 401 | | Parsippany | NJ | 07054 | |
| New Mexico Educational Retirement Board | Kay Chippeaux | 701 Camino del Los Marquez | | | Santa Fe | NM | 87505 | |
| New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | | Albany | NY | 12224-0341 | |
| New York State Department of Taxation and Finance | | P.O. Box 4148 | | | Binghamton | NY | 13902-4148 | |
| New York State Dept of Taxation and Finance | Attn Office of Counsel | Building 9 | WA Harriman Campus | | Albany | NY | 12227 | |
| New York State Dept of Taxation and Finance | Bankruptcy/Special Procedures Section | PO Box 5300 | | | Albany | NY | 12205-0300 | |
| New York Stock Exchange | Stephen Hamilton | Intercontinental Exchange | 11 Wall Street, 22nd Flr | | New York | NY | 10005 | |
| NYC Department of Finance | | P.O. Box 3931 | | | New York | NY | 10008-3931 | |
| NYS Department of Taxation and Finance | | P.O. Box 4148 | | | Binghamton | NY | 13902-4148 | |
| NYSE (NYSE Market (DE), Inc.) | Kerri Ramirez | Intercontinental Exchange | 11 Wall Street, 15th Floor | | New York | NY | 10005 | |
| Office of the United States Trustee Delaware | Jane Leamy | J. Caleb Boggs Federal Building | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19899-0035 | |
| Oklahoma Tobacco Settlement Endowment Trust Fund | Lisa Murray | Office of Oklahoma State Treasurer | 9520 N. May, Lower Level | | The Village | OK | 73120 | |
| Patterson Belknap Webb & Tyler LLP | Kenneth Sankin | 1133 Avenue of the Americas | | | New York | NY | 10036-6710 | |
| Paul Hastings LLP | | 515 South Street | 25th Floor | | Los Angles | CA | 90071-2228 | |
| PCT Partners, LLC | Anthony Albuquerque | 1201 N. Market Street Suite 1501 | | | Wilmington | DE | 19801 | |
| Pentegra Defined Benefit Plan for Financial Institutions | Craig de Guzman | 108 Corporate Park Drive | | | White Plains | NY | 10604 | |
| Percy Holdings, LLC | Jeffrey Tonkel | 41 Purdy Ave | PO Box 57 | | Rye | NY | 10580 | |
| Philadelphia Insurance Companies | | PO Box 70251 | | | Philadelphia | PA | 19176-0251 | |
| PineBridge Credit Opportunities Portfolio II, LP | PineBridge Private Equity Funds Group | PineBridge Investments | 399 Park Avenue, 4th Floor | | New York | NY | 10022 | |

Creditor Matrix

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Prager Metis CPAs, LLC | Jan Meyers | 2-8 Haven Avenue | Suite 224 | | Port Washington | NY | 11050 | |
| PricewaterhouseCoopers LLP | | P.O. Box 7247-8001 | | | Philadelphia | PA | 19170-8001 | |
| Proskauer Rose LLP | Attn: Ronald D. Sernau, Esq | Eleven Times Square | | | New York | NY | 10036 | |
| RDG Filings | | 816 Roanoke Boulevard | | | Salem | VA | 24153-5261 | |
| RELX Inc. (d/b/a LexisNexis) | Debbie Hart, Account Manager | P.O. Box 9584 | | | New York | NY | 10087-4584 | |
| Richard Allorto | Richard Allorto | 19 Isaac Graham Road | | | Flemington | NJ | 08822 | |
| Royce Solomon, et al. v. American Web Loan, Inc., et al. | c/o Kathleen Mary Donovan-Maher | One Liberty Square | | | Boston | MA | 02109 | |
| Royce Solomon, et al. v. American Web Loan, Inc., et al. | Leonard Anthony Bennett | Consumer Litigation Associates | 763 J Clyde Morris Boulevard, Suite 1A | | Newport News | VA | 23601 | |
| Royce Solomon, et al. v. American Web Loan, Inc., et al. | Matthew Bernard Byrne | Gravel & Shea PC | 76 St. Paul Street, 7th Floor | | Burlington | VT | 05402-0369 | |
| RSM US LLP | Michael Strype, Audit Partner | 333 Thornall Street, Sixth Floor | | | Edison | NJ | 08837 | |
| Samuel Anderson | Samuel Anderson | 300 E Lionshead Circle #407 | | | Vail | CO | 81657 | |
| San Joaquin County Employees Retirement Association | Investment Officer | 6 S. El Dorado St. Suite 400 | | | Stockton | CA | 95202 | |
| San Jose Federated City Employees Retirement System | Brian Starr | 1737 North First Street Suite 600 | | | San Jose | CA | 95112 | |
| San Jose Police and Fire Department Retirement Plan | Brian Starr | 1737 North First Street Suite 600 | | | San Jose | CA | 95112 | |
| Securities & Exchange Commission | G Jeffrey Boujoukos Regional Director | 1617 JFK Boulevard Ste 520 | | | Philadelphia | PA | 19103 | |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| Securities & Exchange Commission NY Office | Andrew Calamari Regional Director | Brookfield Place | 200 Vesey St, Ste 400 | | New York | NY | 10281-1022 | |
| Securities and Exchange Commission | | PO Box 979081 | | | St Louis | MO | 63197-9000 | |
| Seth and Angie Taube Trust | Seth Taube | 32 Rose Lane | | | Larkspur | CA | 94939 | |
| Seth Taube | Seth Taube | 32 Rose Lane | | | Larkspur | CA | 94939 | |
| Shelby County, Tennessee OPEB Trust | Jesse Turner | 160 North Main Street Room 950 | | | Memphis | TN | 38103 | |
| Shelby County, Tennessee Retirement System | Jesse Turner | 160 North Main Street Room 950 | | | Memphis | TN | 38103 | |
| Standard & Poor's Financial Services, LLC | | 2542 Collection Center Drive | | | Chicago | IL | 60693 | |
| Stanislaus County Employees Retirement Association | Rick Santos | 832 12th Street Suite 600 | | | Modesta | CA | 95320 | |
| Strategic Capital Advisory Services | Daniel Fogarty & Harley E. Riedel | Stichter, Riedel, Blain & Postler, P.A. | 110 East Madison Street Suite 200 | | Tampa | FL | 33602 | |
| Strategic Capital Advisory Services | Kenneth Jaffe, President | 695 Town Center Drive, Suite 600 | | | Costa Mesa | CA | 92626 | |
| The Oklahoma Firefighters Pension and Retirement System | Chase Rankin | Executive Director | 6601 Broadway Extension, Suite 100 | | Oklahoma City | OK | 73116 | |
| The Pierre and Tana Matisse Foundation | The Pierre and Tana Matisse Foundation | 1 East 53rd Street | | | New York | NY | 10022 | |

Creditor Matrix

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| TRAVELERS | Travelers CL Remittance Center | PO Box 660317 | | | Dallas | TX | 75266-0317 | |
| Tribridge Holdings, LLC | | 7887 E. Belleview Ave., Suite 600 | | | Englewood | CO | 80111 | |
| U.S. Bank National Association | Steven Gomes, Vice President | One Federal Street, 3rd Floor | | | Boston | MA | 02110 | |
| UMass Foundation Fund 2 | Judith Murphy | 225 Franklin Street Floor 33 | | | Boston | MA | 02110 | |
| University of Massachusetts Foundation, Inc | Judith Murphy | 225 Franklin Street Floor 33 | | | Boston | MA | 02110 | |
| US Attorney for Delaware | David C. Weiss | 1007 Orange St Ste 700 | PO Box 2046 | | Wilmington | DE | 19899-2046 | |
| ValleMakoff LLP | | 101 Ygnacio Valley Road | Suite 250 | | Walnut Creek | CA | 94596 | |
| Vornado Realty Trust | Attn: Brad Eric Scheler | Fried, Frank, Harris, Shriver & Jacobson LLP | 1 New York Plaza | | New York | NY | 10004 | |
| Vornado Realty Trust | Attn: Chief Financial Officer | 210 Route 4 East | | | Paramus | NJ | 07652 | |
| Wells Fargo and Company Master Pension Trust | PineBridge Investments LLC | 399 Park Ave 4th Floor | | | New York | NY | 10022 | |
| Winston & Strawn LLP | | 101 California Street, 34th Floor | | | San Francisco | CA | 94111-5840 | |
| Workiva Inc. | | 2900 University Blvd | | | Ames | IA | 50010 | |
| WP Private Debt Partnership Fund III LP | Traci Breen | 155 North Wacker Drive Suite 440 | | | Chicago | IL | 60606 | |