# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Medley LLC, [1] | Case No. 21-10526 (KBO) |
| Debtor. | **Re: Docket No. 80** |

## NOTICE OF WITHDRAWAL OF DEBTOR'S APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE DEBTOR EFFECTIVE AS OF THE PETITION DATE

**PLEASE TAKE NOTICE THAT** the above-captioned debtor and debtor-in-possession (collectively, the "Debtor"), hereby provides notice of their withdrawal, without prejudice, of the *Debtor's Application for Entry of an Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Debtor Effective as of the Petition Date* [Docket No. 80] filed on April 1, 2021 with the United States Bankruptcy Court for the District of Delaware.

Dated: May 27, 2021

MORRIS JAMES LLP

*/s/ Eric J. Monzo*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
E-mail: bkeilson@morrisjames.com

*Counsel to the Debtor
and Debtor-in-Possession*

---

[1] The last four digits of the Debtor's taxpayer identification number are 7343. The Debtor's principal executive office is located at 280 Park Avenue, 6th Floor East, New York, New York 10017.

12905595.v1