**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Medley LLC, [1] | Case No. 21-10526 (KBO) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS[2] SCHEDULED**
**FOR HEARING ON JUNE 8, 2021 AT 10:00 A.M. (ET)**

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND**
**REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.**

**COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

**https://debuscourts.zoomgov.com/meeting/register/vJIsceirrTsrGSSdywkycmF101ujlweqUag**

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL**
**CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**
**ALL PARTIES MUST REGISTER NO LATER THAN 8:00 A.M. (ET) ON JUNE 8, 2021.**

**WITHDRAWN MATTERS:**

1.  Debtor's Application for Entry of an Order Authorizing the Employment and Retention of
    Lowenstein Sandler LLP as Counsel to the Debtor Effective as of the Petition Date [Filed
    April 1, 2021; Docket No. 80].

    Objection Deadline:   April 15, 2021 at 4:00 p.m.; extended to May 11, 2021 for the U.S.
    Securities and Exchange Commission and the Office of the United States Trustee.

    Additional Briefing Deadline: May 28, 2021.

    Responses/Objections Received:

    A.  Objection of the U.S. Securities Exchange Commission to Debtor's Application
        for Entry of an Order Authorizing the Employment and Retention of Lowenstein

---

[1] The last four digits of the Debtor's taxpayer identification number are 7343.  The Debtor's principal executive office
is located at 280 Park Avenue, 6th Floor East, New York, New York 10017.

[2] Copies of all petitions, motions and pleadings identified herein may be obtained through the website of the Debtor's
proposed claims agent at www.kccllc.net/medley.

Sandler LLP as Counsel to the Debtor Effective as of the Petition Date [Filed May 11, 2021; Docket No. 139].

B. Debtor's Reply in Further Support of Its Application for Entry of an Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Debtor Effective as of the Petition Date [Filed May 13, 2021; Docket No. 150].

C. Statement of the Official Committee of Unsecured Creditors in Support of the Debtor's Application to Employ Lowenstein Sandler LLP [Filed May 17, 2021; Docket No. 168].

Related Documents:

A. Supplemental Declaration of Robert M. Hirsh in Support of Debtor's Application for Entry of an Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Debtor Effective as of the Petition Date [Filed April 23, 2021; Docket No. 112].

B. Second Supplemental Declaration of Robert M. Hirsh in Support of Debtor's Application for Entry of an Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Debtor Effective as of the Petition Date [Filed May 10, 2021; Docket No. 134].

C. Declaration of Robert M. Hirsh, Esq. in Support of the Debtor's Reply in Further Support of its Application for Entry of an Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Debtor Effective as of the Petition Date [Filed May 13, 2021; Docket No. 151].

D. Notice of Withdrawal of Debtor's Application for Entry of an Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Debtor Effective as of the Petition Date [Filed May 27, 2021; Docket No. 181].

Status: This matter has been withdrawn.

2. Debtor's Application for an Order Authorizing the Employment of Gellert Scali Busenkell & Brown, LLC as Counsel to Peter Kravitz, Chair of the Independent Subcommittee of the Board of Medley LLC nunc pro tunc to April 14, 2021 [Filed May 4, 2021; Docket No. 129].

Objection Deadline:   May 18, 2021 at 4:00 p.m.

Responses/Objections Received: None.

Related Documents:

A. Notice of Withdrawal of Debtor's Application for an Order Authorizing the Employment of Gellert Scali Busenkell & Brown, LLC as Counsel to Peter Kravitz, Chair of the Independent Subcommittee of the Board of Medley LLC nunc pro tunc to April 14, 2021 [Filed June 2, 2021; Docket No. 185].

Status: This matter has been withdrawn.

3. Motion of Debtor for an Order Authorizing and Approving Debtor's Retention and Employment of Rock Creek Advisors LLC as Financial Advisor to Peter Kravitz, Chair of the Independent Subcommittee of the Board of Medley LLC nunc pro tunc to April 15, 2021 [Filed May 4, 2021; Docket No. 130].

Objection Deadline:    May 18, 2021 at 4:00 p.m.

Responses/Objections Received: None.

Related Documents:

A. Notice of Withdrawal of Motion of Debtor for an Order Authorizing and Approving Debtor's Retention and Employment of Rock Creek Advisors LLC as Financial Advisor to Peter Kravitz, Chair of the Independent Subcommittee of the Board of Medley LLC nunc pro tunc to April 15, 2021 [Filed June 2, 2021; Docket No. 186].

Status: This matter has been withdrawn.


**MATTERS WITH CERTIFICATION OF COUNSEL/NO OBJECTION (COC/CNO):**

4. Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment of Kelley Drye & Warren LLP as Lead Counsel Effective as of April 26, 2021 [Filed May 14, 2021; Docket No. 159].

Objection Deadline:    May 28, 2021 at 4:00 p.m.

Responses/Objections Received: None.

Related Documents:

A. Certificate of No Objection Regarding Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment of Kelley Drye & Warren LLP as Lead Counsel Effective as of April 26, 2021 [Filed June 4, 2021; Docket No. 188].

Status: A certificate of no objection has been filed. No hearing is necessary unless the Court has questions.

5. Application Pursuant to Fed. R. Bankr. P. 2014(a) for Order Under Section 1103 of the Bankruptcy Code Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of April 26, 2021 [Filed May 14, 2021; Docket No. 160].

Objection Deadline:    May 28, 2021 at 4:00 p.m.

Responses/Objections Received: None.

Related Documents:

    A. Certification of Counsel Regarding Application Pursuant to Fed. R. Bankr. P. 2014(a) for Order Under Section 1103 of the Bankruptcy Code Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of April 26, 2021 [Filed June 4, 2021; Docket No. 189].

Status: A certification of counsel has been filed.  No hearing is necessary unless the Court has questions.

6. Application of the Official Committee of Unsecured Creditors of Medley LLC, for Entry of an Order Authorizing the Employment and Retention of Potter Anderson & Corroon LLP as Delaware Counsel Effective as of April 27, 2021 [Filed May 14, 2021; Docket No. 161].

Objection Deadline:    May 28, 2021 at 4:00 p.m.

Responses/Objections Received: None.

Related Documents:

    A. Certification of Counsel Regarding Application of the Official Committee of Unsecured Creditors of Medley LLC, for Entry of an Order Authorizing the Employment and Retention of Potter Anderson & Corroon LLP as Delaware Counsel Effective as of April 27, 2021 [Filed June 4, 2021; Docket No. 190].

Status: A certification of counsel has been filed.  No hearing is necessary unless the Court has questions.

*[Signature Page to Follow]*

Dated:  June 4, 2021

MORRIS JAMES LLP

*/s/ Eric J. Monzo*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
E-mail: bkeilson@morrisjames.com

*Counsel to the Debtor*
*and Debtor-in-Possession*